WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
8337 W. Sunset Rd., Ste. 220
Las Vegas, NV 89113
Phone: (702) 475-7964 Fax: (702) 946-1345
Debt Collection Line: (949) 610-7017
cmiller@wrightlegal.net
*Attorneys for Plaintiff, Duncan Ross*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DUNCAN ROSS,<br>Plaintiff,<br>v.<br>TRANG NGUYEN,<br>Defendant. | Case No.: 3:26-cv-00494-CSD<br>ORDER GRANTING<br>**SUBSTITUTION OF ATTORNEY** |

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS PLLC is hereby substituted as counsel of record for Plaintiff, Duncan Ross, in the above-entitled matter in place of and instead of WRIGHT, FINLAY & ZAK, LLP.

DATED this 14th day of August, 2026.

Duncan Ross

By: _/s/ Duncan Ross_______________________

WRIGHT, FINLAY & ZAK, LLP, hereby substitutes in its place and stead ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS PLLC, as attorney for Plaintiff, Duncan Ross, in the above-entitled matter.

DATED this 14th day of August, 2026.

WRIGHT, FINLAY & ZAK, LLP

By: */s/ Christina V. Miller*
Christina V. Miller, Esq.
Nevada Bar No. 12448
8337 W. Sunset Rd., Ste. 220
Las Vegas, NV 89113
*Prior Attorney for Plaintiff, Duncan Ross*

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS PLLC, hereby accepts substitution as attorney for Plaintiff, Duncan Ross, in the above-entitled matter in place and stead of WRIGHT, FINLAY & ZAK, LLP.

DATED this 14th day of August, 2026.

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS PLLC

By: */s/ Ramir M. Hernandez*
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487
rhernandez@raslg.com

Judd E. Stone II*
Texas Bar No. 24076720
Christopher D. Hilton*
Texas Bar No. 24087727
Cody C. Coll*
Texas Bar No. 24116214
**STONE HILTON PLLC**
600 Congress Ave., Suite 2350
Austin, TX 78701
* *Pro hac vice*
*Attorneys for Plaintiff, Duncan Ross*

IT IS SO ORDERED.

Dated August 14, 2026

UNITED STATES MAGISTRATE JUDGE