BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
rabeb@gtlaw.com
ELLIOT ANDERSON, ESQ.
Nevada Bar No. 14025
andersonel@gtlaw.com
JACOB LANGSNER, ESQ.
Nevada Bar No. 17085
jacob.langsner@gtlaw.com
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Defendant*

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr. Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DUNCAN ROSS,

Plaintiff,

v.

TRANG NGUYEN,

Defendant.

Case No.: 3:26-cv-00494-CSD

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT AND WITHDRAW REQUEST FOR DEFAULT**

**FIRST REQUEST**

It is hereby STIPULATED AND AGREED between Defendant Trang Nguyen ("Defendant") and Plaintiff Duncan Ross ("Plaintiff"), by and through their undersigned counsel, that Defendant will have thirty (30) days from the date of this stipulation to file her response to Plaintiff's Complaint ("Complaint"), up to and including November 12th, 2026. This is the first request for extension of this deadline. The parties also stipulate that Plaintiff's request for default (ECF No. 19) is hereby withdrawn.

This extension is requested due to Defendant recently learning of this lawsuit and retaining counsel. This extension will allow Defendant's counsel to evaluate the facts of the matter and respond accordingly, including evaluation of whether resolution without litigation may be possible.

This is the first request for an extension of time to file a response to the Complaint, and it is filed in good faith and not for purposes of undue delay.

DATED this 13th day of October, 2026.

**GREENBERG TRAURIG, LLP**

*/s/Bethany L. Rabe*
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
ELLIOT ANDERSON, ESQ.
Nevada Bar No. 14025
JACOB LANGSNER, ESQ.
Nevada Bar No. 17085
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for Defendant*

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**

*/s/ Ramir M. Hernandez*
RAMIR M. HERNANDEZ, ESQ.
Nevada Bar No. 13146
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169

**STONE HILTON PLLC**

JUDD E. STONE II
Texas Bar No. 24076720
CHRISTOPER D. HILTON
Texas Bar No. 24087727
CODY C. COLL
Texas Bar No. 24116214
600 Congress Avenue, Suite 2350
Austin, Texas 78701

*Counsel for Plaintiff*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: October 13, 2026

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr. Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

GREENBERG TRAURIG, LLP
10845 Griffith Peak Dr. Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

## CERTIFICATE OF SERVICE

I hereby certify that on **October 13, 2026,** I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

*/s/ Christie Rehfeld*
An employee of GREENBERG TRAURIG, LLP